IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY MOGEL, | : | |
|       Plaintiff, | : | |
| | : | |
|       v. | : | Civil No. 5:20-cv-04464-JMG |
| | : | |
| CITY OF READING, | : | |
|       Defendant. | : | |

**ORDER AND JUDGMENT**

**AND NOW**, this 14th day of February, 2022, following the nonjury trial held on December 6, 2021 (ECF No. 41), **IT IS HEREBY ORDERED** as follows:

1. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all the claims Plaintiff raised in his Complaint. Plaintiff shall take nothing from Defendant on these claims.

2. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge